**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| S.E.L., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:26-cv-395-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION | : | |
| CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## **ORDER**

On March 16, 2026, Petitioner filed a petition for writ of habeas corpus (ECF No. 1) and a motion for leave to proceed *in forma pauperis* ("IFP") (ECF No. 2). It appears that Petitioner inadvertently excluded the fee waiver form from his motion for IFP. Although text appearing at the bottom of page one of the motion for IFP directs the Court to "[s]ee fee waiver form attached," the court received no such form from Petitioner. Mot. for IFP 1, ECF No. 2. Thus, the Court is providing Petitioner with the opportunity to recast his motion to proceed IFP within fourteen (14) days from the date shown on this order. The Clerk of Court is **DIRECTED** to forward a copy of the appropriate motion for leave to proceed without prepayment of the fee forms (with the civil action number written thereon) to Petitioner along with a copy of this Order.

**SO ORDERED**, this 16th day of March, 2026.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE